## Tiche *v.* Tiche, Appellant.

██ Argued April 16, 1971. *Anna Belle Jones,* with her *Stranahan & Stranahan,* for appellant; *D. W. Patterson,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce a.v.m. in this case.